# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK W. DOBRONSKI,
an individual

       Plaintiff,

vs.

TOTAL INSURANCE BROKERS, LLC,
a Florida limited liability company, and
GAVIN DOMINIC SOUTHWELL,
an individual,

       Defendants.

Case No. 5:21-cv-10035-JEL

Hon. Judith E. Levy

Magistrate Curtis Ivy, Jr.

---

## STIPULATED ORDER FOR DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant, Total Insurance Brokers, LLC, are dismissed with prejudice and without costs to either party.

SO ORDERED.

Date: May 20, 2022

       s/Judith E. Levy
       JUDITH E. LEVY
       United States District Judge

So stipulated:

                                                    DYKEMA GOSSETT PLLC

| By: /s/ Mark Dobronski (*w/ permission*) | By: /s/ Theresa A. Munaco |
|---|---|
| Mark W. Dobronski | Andrew J. Kolozsvary (P68885) |
| Post Office Box 85547 | Theresa A. Munaco (P81562) |
| Westland, MI 48185-0547 | 400 Renaissance Center, 37th Floor |
| (734) 641-2300 | Detroit, MI 48243 |
| markdobronski@yahoo.com | (313) 568-6800; 855-256-1483 (FAX) |
| | akolozsvary@dykema.com |
| *Pro se Plaintiff* | tmunaco@dykema.com |
| | *Attorneys for Defendant* |